IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR61 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER FOR TRANSPORTATION** |
| | ) | **EXPENSES PURSUANT TO 18 U.S.C.** |
| | ) | **§ 4285** |
| RICK KELLEY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Noncustodial Transportation (Filing No. 132). Defendant is indigent and is in need of noncustodial transportation for his change of plea hearing, in Omaha, Nebraska on June 5, 2025, at 2:00 p.m., and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. That Defendant's motion (Filing No. 132) is granted and;

2. That the U.S. Marshals shall provide one-way trip noncustodial transportation for Defendant from his home in Pensacola, Florida to Omaha, Nebraska to arrive no later than June 4, 2025 for purposes of appearing at the change of plea hearing. (See 18 U.S.C. § 4285)

DATED this 20th day of May, 2025.

BY THE COURT:

_____
Michael D. Nelson
United States Magistrate Judge